..

NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

04-1298

MARK PREVOST

VERSUS

TRICIA PREVOST

**********
APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 96-3366-B
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********

Court composed of Oswald A. Decuir, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

AFFIRMED.

Miché Moreau
208 East Mark Street
Marksville, LA 71351
(318) 240-9000
Counsel for Plaintiff/Appellant
        Mark Prevost

**Michael H. Davis**
**Davis & Saybe**
**P. O. Box 12180**
**Alexandria, LA 71315-2180**
**(318) 445-3621**
**Counsel for Defendant/Appellee**
        **Tricia Prevost**